Michael Kind, Esq.
Nevada Bar No.: 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Borivoj Saric*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Borivoj Saric,<br><br>        Plaintiff,<br><br> v.<br><br>Trans Union, LLC and Kia America Inc. dba Kia Motor Finance,<br><br>        Defendants. | Case No.: 2:22-cv-01272-CDS-VCF<br><br>**Motion for an extension of time for Defendant Experian Information Solutions, Inc. to respond to Plaintiff's complaint** |

   Borivoj Saric ("Plaintiff"), by and through counsel, hereby requests an extension of time for Trans Union, LLC ("Defendant") to respond to the complaint. Defendant's responsive pleading was due on September 1, 2022. This is the first request for an extension of this deadline.

   Pursuant to LR IA 6-1(a), Plaintiff and Defendant failed to request an extension prior to the answer deadline as a result of excusable neglect. Both parties had initially agreed to an extension, but the deadline had passed while settlement discussions were still ongoing. Plaintiff and Defendant are still actively engaged in case-resolution negotiations.

---
MOTION                                             - 1 -

In good faith and not for the purposes of delay, Plaintiff submits this motion, on behalf of Defendant, and requests that this Court extend Defendant's deadline to file its responsive pleading until on or before **October 31, 2022**.

Dated: September 23, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Borivoj Saric*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-26-2022