J Christopher Jorgensen, Esq.
Nevada Bar No. 5382
Chad Olsen, Esq.
Nevada Bar No. 12060
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
CJorgensen@lewisroca.com
COlsen@lewisroca.com

*Attorneys for Defendant Kia America, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Borivoj Saric,<br><br>    Plaintiff,<br><br>vs.<br><br>Trans Union, LLC; and Kia America, Inc. dba Kia Motor Finance,<br><br>    Defendants. | Case No. 2:22-cv-01272-CDS-VCF<br><br>**DEFENDANT KIA AMERICA, INC.'S STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, Defendant Kia America, Inc. ("Kia") and Plaintiff Borivoj Saruic ("Plaintiff," collectively the "Parties"), by and through their respective attorneys, hereby agree and stipulate to extend the time for Kia to answer or otherwise respond to Plaintiff's Complaint, through and until October 20, 2022.

Kia and Plaintiff are investigating and discussing the allegations and underlying facts of this matter, and the requested extension will allow the parties the opportunity to attempt resolution without the need for further litigation. In addition, national counsel for Kia is currently transitioning responsibility for this matter to other individuals, and the personnel taking over responsibility need additional time to complete the transition and familiarize themselves with this matter.

Kia previously obtained one extension of its response deadline by unopposed motion. This stipulation is Kia's second request for an extension of its response deadline. This request

118984545.1

is made in good faith and not for the purpose of delaying these proceedings.

Dated: September 28, 2020                Respectfully submitted,

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ J Christopher Jorgensen
J Christopher Jorgensen, Esq. (SBN 5382)
Chad Olsen, Esq. (SBN 12060)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
CJorgensen@lewisroca.com
COlsen@lewisroca.com

*Attorneys for Defendant Kia America, Inc. d/b/a Kia Motor Finance*

Dated: September 28, 2020                Respectfully submitted,

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq. (SBN 13903)
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
Telephone: 702-337-2322
mk@kindlaw.com

George Haines, Esq. (SBN 9411)
Gerardo Avalos, Esq. (SBN 15171)
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
Telephone: 702.880-5554
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Borivoj Saric*

## ORDER

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 9-29-2022